Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY JONASSEN, QUI TAM PLAINTIFF, for and on behalf of the United States of America,<br><br>                    Plaintiff,<br><br>  vs.<br><br>PORT OF SEATTLE, a municipal corporation; HEERY INTERNATIONAL, Inc., a Georgia corporation; URS CORPORATION, a California corporation; TTI CONSTRUCTORS, LLC, a Washington corporation; SIEMANS, Inc., a foreign corporation; KENNEDY/JENKS CONSULTANTS, INC., a California corporation; JOHN DOE(S) 1 through 20; and JOHN DOE, INC.(S) 1 through 10,<br><br>                    Defendants. | No. C08-0508-MJP |

**ORDER GRANTING RELATOR'S MOTION FOR AN EXTENSION OF TIME
TO SERVE DEFENDANTS, AND TO ADJUST THE INITIAL SCHEDULING DATES
AND JOINT STATUS REPORT & DISCOVERY PLAN DATES**

      **THIS MATTER** coming on regularly for hearing before the above entitled court upon the

motion of Relator Tracy Jonassen, by and through his attorney of record, Douglas R. Cloud, for an

order to seeks an extension of time in regards to the scheduled FRCP 26(f) Conference and the plaintiff seeks additional time of thirty days from October 29, 2009, in which to file an amended complaint and serve the defendants who remain as Relator intends to amend the Complaint in order to remove some defendants and claims and add additional claims, to serve defendants within the forty-five (45) days from the date of the Order of September 14, 2009, with the Complaint and Order, and to adjust the Initial Scheduling Dates and Joint Status Report & Discovery Plan dates, and Relator requires additional time to evaluate and analyze the potential additional claims prior to service, which is required pursuant to the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Document 16, filed on September 28, 2009, and the court being fully advised in the premises, now, therefore, it is hereby

**ORDERED** that Relator's is granted permission to:

**1.** Continue the deadline to serve defendants to December 8, 2009; and

**2.** Continue the currently scheduled dates for initial disclosures, joint status report and early settlement dates to December 15, 2010, forward.

**DATED** this 9th day of November, 2009.

_____
Marsha J. Pechman
United States District Judge


Presented by:

**LAW OFFICE OF DOUGLAS R. CLOUD**


___/s/_____
**DOUGLAS R. CLOUD, WSBA #13456**
Attorney for Relator