UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY JONASSEN, QUI TAM PLAINTIFF,<br><br>        Plaintiff(s),<br><br>   v.<br><br>PORT OF SEATTLE, et al.,<br><br>        Defendant(s). | NO. C08-508MJP<br><br>ORDER ON MOTION FOR EXTENSION OF TIME FOR SERVICE |

The above-entitled Court, having received and reviewed Relator's Motion for an Extension of Time to Serve Defendants, and to Adjust the Initial Scheduling Dates and Joint Status Report & Discovery Plan Dates (Dkt. No. 20), and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED Plaintiff must serve Defendants by January 21, 2010.

IT IS FURTHER ORDERED that the FRCP 26(f) conference deadline shall be continued to February 19, 2010; the initial disclosure deadline will be continued to February 26, 2010; and the Joint Status Report must be filed with the Court by no later than March 5, 2010.

The clerk is ordered to provide copies of this order to all counsel.

Dated: December 7, 2009

                                          Marsha J. Pechman
                                          U.S. District Judge

**ORDER ON MTN TO EXTEND DEADLINES - 1**